No. 71–5951. TATRO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–5953. KENNEDY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–5954. CASTRO v. YEAGER, PRINCIPAL KEEPER. C. A. 3d Cir. Certiorari denied.

No. 71–5955. GAFFORD v. WARDEN, LEAVENWORTH PENITENTIARY, ET AL. C. A. 10th Cir. Certiorari denied.

No. 71–5958. HOLMES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–5959. CALHOUN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 71–5963. TYLER v. PARKS ET AL. C. A. 8th Cir. Certiorari denied.

No. 71–6252. RAY v. UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 71–558. HEYD, SHERIFF v. BASTIDA. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 71–605. HENRY ET AL. v. CLAIBORNE HARDWARE Co. ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 71–806. WEHINGER v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.